IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § | |
| | § | NO. EP-15-M-02528-ATB |
| v. | § § | |
| LAWRENCE MADRID, | § | |
| Defendant. | § § | |

## ORDER

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to seal the Criminal Complaint, Affidavit, and Arrest Warrant. It appearing to the Court that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, and related documents concerning the above named defendant in the above numbered cause be sealed, except as otherwise provided below;

IT IS FURTHER ORDERED that all of the respective documents referred to above may be **unsealed at the time of the arrest of the Defendant** for his appearance before this Court pursuant to either Rule 5 or Rule 10, Fed. R. Crim. P.;

IT IS FURTHER ORDERED that the Motion of the United States and this Order shall be sealed by the Clerk, except that a copy of each may be provided to the United States.

SIGNED and ENTERED this 22nd day of July, 2015.

ANNA T. BERTON
UNITED STATES MAGISTRATE JUDGE