SEALED     FILED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JUL 2 2 2015
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. EP: 15-M-02528-ATB |
| Lawrence Madrid | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lawrence Madrid,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Lawrence Madrid, knowing and in reckless disregard of the fact that aliens had not received prior official authorization to come to, enter and reside in the United States, did bring or attempt to bring to the United States in any manner whatsoever, such alien for the purpose of commercial and private financial gain all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

Date: 7/22/15

_____
*Issuing officer's signature*

City and state:   El Paso, TX          Anne T. Berton, U.S. Magistrate Judge
                                       *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*