# United States District Court
## Western District of Texas
## El Paso Division

FILED
Jul 27 2015
Clerk, U.S. District Court
Western District of Texas

By: _Ym_
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § Case No: EP:15-M-02528(1) ATB |
| Lawrence MADRID | § |
| *Defendant* | § 3:15 - 3:40  ∅ |

Interpreter Required:  Yes ☐   No ✓

---

### *PROCEEDINGS SHEET / NOTICE       8:1324(a)(2)(B)(ii)

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Albert Armendariz, Sr. United States Courthouse 525 Magoffin Ave. El Paso, Texas 79901 | Magistrate Courtroom # 412 |
| | DATE AND TIME |
| | July 31, 2015 at 11:00 AM |

TYPE OF PROCEEDING

**PRELIMINARY HEARING**
to be held before the Honorable Anne T. Berton

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

| July 27, 2015 | V. MONTOYA | (915) 834-0520 |
|---|---|---|
| INITIAL APPEARANCE DATE ** | (BY) DEPUTY CLERK | |

To: **DEFENDANT:**
**DEF ATTORNEY:** Robert Ramos  (915) 545-1175  RET
**U.S. PROBATION**
**U.S. PRETRIAL**
**U.S. ATTORNEY**
**U.S. MARSHAL**
**AGENCY/AGENT:** HSI / Joseph Ontiveros

[X]  Bond for DEFT set at:  $20K - Signature

---

* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release.  ** Intial Appearance is electronically recorded.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: EP:15-M -02528(1) ATB |
| (1) LAWRENCE MADRID | § | |

## WAIVER OF PRELIMINARY HEARING
## AND/OR DETENTION HEARING
(Rule 5 or 32.1, Fed.R.Crim.P.)

**PRELIMINARY HEARING**

I, (1) LAWRENCE MADRID, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) LAWRENCE MADRID, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_____      _____
Date/Fecha                                    (1) LAWRENCE MADRID,
                                                       Defendant/Acusado

**DETENTION HEARING**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____      _____
Date/Fecha                                    (1) LAWRENCE MADRID,
                                                       Defendant/Acusado

                                                       _____
                                                       **Ramos, Robert,**
                                                       Counsel For Defendant
                                                       Abogado Del Acusado