**SEALED**   **FILED**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JUL 2 2 2015
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

2015 AUG 18 PM 4:13

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP:15-M-02528-ATB |
| Lawrence Madrid | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lawrence Madrid,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Lawrence Madrid, knowing and in reckless disregard of the fact that aliens had not received prior official authorization to come to, enter and reside in the United States, did bring or attempt to bring to the United States in any manner whatsoever, such alien for the purpose of commercial and private financial gain all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

Date: 7/22/15

_____
Issuing officer's signature

City and state: El Paso, TX

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

A true copy of the original. I certify. Clerk, U.S. District Court
By _____ Deputy

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|

Date: Executed by ___ HSI ___
On ___ 7-24-15 ___
In ___ El Paso, TX ___

_____
Arresting officer's signature

_____
Printed name and title